O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDIATA BESHEARI TAYLOR,<br><br>　　　　Petitioner/Defendant<br>　v.<br><br>UNITED STATES OF AMERICA<br>　　　　Respondent/ Plaintiff. | Case No. 2:13-CV-03063 ODW<br>　　　　　　11-CR-00520 ODW -2<br><br>**ORDER DENYING REQUEST TO REOPEN THE COLLATERAL ATTACK ON THE SENTENCE UNDER 28 USC § 2255** |

On July 8, 2013 the court entered its order denying Petitioner Taylor's Petition to Vacate, Set Aside or Correct his sentence. The court denied that petition on statute of limitations grounds. Three days later, Petitioner seeks to reopen the matter.

**IT IS SO ORDERED.**　　**DENIED**

August 2, 2013　　　　　　　　_____

　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**